# United States District Court

## Southern District of Georgia

TIMOTHY PRESNELL

_____
Plaintiff

v.

KENDALL PATIENT RECOVERY U.S., LLC, a
_____
Defendant

Case No. 1:22-CV-0071-JRH-BKE

Appearing on behalf of

Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __21st__ day of __June__, __2022__.

_/s/ Brian K. Epps_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

**NAME OF PETITIONER:** S. Derek Bauer

**Business Address:** Baker & Hostetler LLP
Firm/Business Name

1170 Peachtree Street
Street Address

Suite 2400 | Atlanta | GA | 30309
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

404.256.8425 | 042537
Telephone Number (w/ area code) | Georgia Bar Number

**Email Address:** dbauer@bakerlaw.com